# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO J. MORTERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00521-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

　　　　On September 7, 2022, the parties filed a stipulated motion requesting both the opening brief and opposition deadlines be extended. (ECF No. 14.) The Court finds good cause to grant the requested extension based on the stipulation of the parties, and the proffered reasons.

　　　　Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1.　　　　The stipulated motion is GRANTED;

2.　　　　Plaintiff shall file an opening brief on or before October 4, 2022; and

3.　　　　Defendant shall file an opposition brief on or before December 8, 2022.

IT IS SO ORDERED.

Dated: __September 8, 2022__

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1