# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO J. MORTERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00521-JLT-SAB<br><br>ORDER AMENDING SEPTEMBER 8, 2022 ORDER RE BRIEFING SCHEDULE<br><br>(ECF No. 15) |

　　　　On September 8, 2022, the Court entered an order extending the deadlines for the opening brief and opposition.  (ECF No. 15.)  The order contained a clerical error stating October 4, 2022, instead of October 24, 2022.

　　　　Accordingly, IT IS HEREBY ORDERED that the Court's September 8, 2022 order (ECF No. 15) is AMENDED and Plaintiff shall file an opening brief on or before October 24, 2022.

IT IS SO ORDERED.

Dated:　**September 8, 2022**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1