**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO J. MORTERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00521-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF Nos. 7, 15, 16, 17) |

On October 24, 2022, the parties filed a stipulated request for a fourteen-day extension of time to file Plaintiff's opening brief, which the Court construes as a stipulated motion to modify the schedule. (ECF No. 17.) Plaintiff seeks an extension from October 24, 2022, to November 7, 2022, to file Plaintiff's opening brief, with the remaining deadlines continued accordingly. This is the second proposed modification of the schedule. (See ECF No. 16.) The parties proffer the extension is needed due to the number of cases Plaintiff's counsel must brief for this Court and the Ninth Circuit of Appeals. The Court is satisfied that good cause exists to grant the requested relief. However, the parties are reminded that requests for extensions that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 17) is GRANTED; and
2. Plaintiff shall have until **November 7, 2022**, to file the opening brief; and
3. All remaining deadlines as set forth in the scheduling order (ECF No. 7) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**October 24, 2022**__

UNITED STATES MAGISTRATE JUDGE