## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DIEGO J. MORTERA,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 1:22-cv-00521 JLT SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

On April 30, 2026, Petitioner Harvey P. Sackett, attorney for Diego J. Mortera, filed a motion for attorney's fees under 42 U.S.C. § 406(b). (Doc. 30.) Petitioner requests fees in the amount of $11,466.00 pursuant to 42 U.S.C. § 406(b)(1). Petitioner also requests that he be directed to reimburse Plaintiff the Equal Access Justice Act ("EAJA") fee previously awarded, $5,500.00. The assigned magistrate judge issued findings and recommendations recommending that Petitioner's motion be granted subject to an offset for the EAJA fees previously awarded. (Doc. 32.) The Court advised the parties that any objections were due within 14 days and that the "failure to file objections within the specified time may result in the waiver of right to challenge the magistrate's factual findings on appeal." (*Id.* at 5-6, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). No objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations

to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on (Doc. 32), are **ADOPTED** in full.

2. Petitioner's motion for an award of attorney's fees pursuant to section 406(b) in the amount of $11,466.00 is **GRANTED**.

3. Petitioner's award should be offset by $5,500.00 for the EAJA fees previously awarded pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **June 10, 2026**

UNITED STATES DISTRICT JUDGE

2